McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18−CV−00809−KJM−CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED 12497 CLAY STATION ROAD, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0120-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 1 THISTLE COURT, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 049-0430-009-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 1240 E STREET, RIO LINDA, CALIFORNIA, SACRAMENTO COUNTY, APN: 215-0140-044-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 1933 LEFORD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 052-0270-044-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

1

| | |
|---|---|
| 1<br>2<br>3 | REAL PROPERTY LOCATED 410 LAMPASAS AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 263-0190-002-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 4<br>5<br>6<br>7 | REAL PROPERTY LOCATED 3945 SHINING STAR DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 049-0403-015-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendants. |

The United States and Claimants Yuezhen Liu, Shi En Lin, Chasel Liu, Xiao Qin Gao, Yun Qin Gao, Hong Jun Jiang, Frontier Capital Group, Ltd., Val-Chris Investments, Inc., Roger Anderson, Trustee of The RWA Trust dated March 14, 2014, Civic Financial Services LLC and Lone Oak Fund LLC hereby stipulate that a stay is necessary in the above-entitled action and request that the Court enter an order staying all further proceedings until the resolution of the related criminal cases, <u>United States v. Leonard Yang, et al.</u>, Case 2:16-CR-00189-KJM and <u>United States v. Xiu Ping Li, et al.</u>, Case No. 2:17-CR-00136-KJM.

1. This is a forfeiture *in rem* action against six properties pursuant to 21 U.S.C. § 881(a)(7) because they were allegedly used to commit or facilitate violations of federal drug laws:

   a. Real Property located at 12497 Clay Station Road, Herald, California, the "*Defendant Clay Station Road.*" Yuezhen Liu has filed a claim asserting an ownership interest in defendant Clay Station Road. Frontier Capital Group, Ltd filed a claim asserting a lienholder interest in defendant Clay Station Road.

   b. Real Property located at 1 Thistle Court, Sacramento, California, the "*Defendant Thistle Court.*" Shi En Lin has filed a claim asserting an ownership interest in defendant Thistle Court.

   c. Real Property located at 1240 E Street, Rio Linda, California, the "*Defendant E Street.*" Chasel Liu has filed a claim asserting an ownership interest in defendant E Street. Val-Chris Investments, Inc. filed a claim asserting a lienholder interest in defendant E Street.

   d. Real Property located at 1933 Leford Way, Sacramento, California, the "*Defendant Leford Way.*" Xiao Qin Gao has filed a claim asserting an ownership interest in defendant Leford Way. Roger Anderson, Trustee of The RWA Trust dated March 14, 2014filed a claim asserting a lienholder interest in defendant Leford Way.

   e. Real Property located at 410 Lampasas Avenue, Sacramento, California, the "*Defendant Lampasas Avenue.*" Yun Qin Gao has filed a claim asserting an ownership

interest in defendant Lampasas Avenue. Civic Financial Services LLC filed a claim asserting a lienholder interest in defendant Lampasas Avenue.

    f.    Real Property located at 3945 Shining Star Drive, Sacramento, California, the "*Defendant Shining Star Drive.*" Hong Jun Jiang has filed a claim asserting an ownership interest in defendant Shining Star Drive. Lone Oak Fund LLC filed a claim asserting a lienholder interest in defendant Shining Star Drive.

2.    The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant properties were used and intended to be used to commit or facilitate violations of federal drug laws in violation of 21 U.S.C. §§ 841 *et seq*. Claimants deny these allegations.

3.    To date, several individuals have been charged with federal crimes related to marijuana manufacturing and distribution in United States v. Leonard Yang, et al., Case 2:16-CR-00189-KJM and United States v. Xiu Ping Li, et al., Case No. 2:17-CR-00136-KJM. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the drug trafficking involving the defendant properties. Nevertheless, the United States intends to depose claimants (and others) regarding their ownership of the defendant properties, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant properties, as well as the circumstances behind the purchase of the properties. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant properties, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4.    In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Federal Bureau of Investigation ("FBI"). Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution and ongoing investigation.

5.    The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until

3

the conclusion of the related criminal cases. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

6.  If any of the defendant properties go into default, the parties reserve the right to seek all avenues of redress to preserve the real properties, including filing a motion for interlocutory sale or seeking a receiver appointment to collect rents and maintain the properties.

Dated:  8/1/2018  McGREGOR W. SCOTT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  7/30/2018  /s/ J. Patrick McCarthy
J. PATRICK MCCARTHY
Attorney for Claimant Yuezhen Liu & Xiao Qin Gao

Dated:  1-Aug-2018  Dahl Law, Attorneys At Law

/s/ Walter R. Dahl
WALTER R. DAHL
Attorneys for Claimant Frontier Capital Group, Ltd
(Original signature retained by attorney)

Dated:  7/27/2018  /s/ Ernest Chen
ERNEST CHEN
Attorney for Claimants Shi En Lin & Hong Jun Jiang

Dated:  7/31/2018  /s/ Linda M. Parisi
LINDA M. PARISI
Attorney for Claimant Chasel Liu

Dated:  8/1/2018  /s/ CHRIS BOULTER
CHRIS BOULTER
Claimant, President of Val-Chris Investments, Inc.

Dated:  7/31/2018  /s/ Larissa L. Branes
LARISSA L. BRANES
Attorney for Claimant Roger Anderson, Trustee of
The RWA Trust dated March 14, 2014

4

Dated: 7/31/2018   /s/ Terry R. Hunt
TERRY R. HUNT
Attorney for Claimant Yun Qin Gao

Dated: 7/31/2018   /s/ Seth P. Cox
SETH P. COX
Attorney for Claimant Civil Financial Services LLC

Dated: 7/30/2018   /s/ Simon Aron
SIMON ARON
Attorney for Claimant Lone Oak Fund LLC

**ORDER**

For the reasons set forth above, this matter is stayed under 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the resolution of companion criminal cases. The parties shall file a joint status report within 30 days of the conclusion of the parallel criminal cases, or as the court deems appropriate.

IT IS SO ORDERED.

DATED: August 6, 2018.

_____
UNITED STATES DISTRICT JUDGE

5
Stipulation to Stay Further Proceedings and Order