| | |
|---|---|
| 1  SIMON ARON (State Bar No. 108183)<br>ELSA HOROWITZ (State Bar No. 195689)<br>2  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>11400 West Olympic Boulevard, 9th Floor<br>3  Los Angeles, California 90064-1582<br>Telephone: (310) 478-4100<br>4  Facsimile: (310) 479-1422<br>5  Attorneys for Claimant LONE OAK FUND, LLC | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED 12497 CLAY STATION ROAD, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0120-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 1 THISTLE COURT, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 049-0430-009-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 1240 E. LEFORD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 215-0140-044-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 1933 LEFORD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 052-0270-044-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | Case No. 2:18-CV-00809-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDER, LONE OAK FUND, LLC**<br><br>(Assigned Hon. Kimberly J. Mueller)<br><br>Trial Date: None |

| | |
|---|---|
| 1 | REAL PROPERTY LOCATED 410 LAMPASAS AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 263-0190-002-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |

REAL PROPERTY LOCATED 410
LAMPASAS AVENUE, SACRAMENTO,
CALIFORNIA, SACRAMENTO
COUNTY, APN: 263-0190-002-0000,
INCLUDING ALL APPURTENANCES
AND IMPROVEMENTS THERETO, and

REAL PROPERTY LOCATED 3945
SHINING STAR DRIVE,
SACRAMENTO, CALIFORNIA,
SACRAMENTO COUNTY, APN: 049-0403-015-0000, INCLUDING ALL
APPURTENANCES AND
IMPROVEMENTS THERETO,

Defendants.

**IT IS HEREBY STIPULATED** by and between claimant, Lone Oak Fund, LLC ("Claimant"), by and through its counsel of record, Simon Aron, Esq., of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 3945 Shining Star Drive, Sacramento, California, Sacramento County, APN: 049-0403-015-0000 ("Defendant Shinning Star"), which maintains the legal description attached hereto as Exhibit "A".

2. Defendant Shinning Star is the *in rem* defendant.

3. Claimant's lien has since been satisfied and Claimant no longer has an interest in Defendant Shinning Star.

4. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on May 18, 2018, [Dk. #13] with respect to Defendant Shinning Star.

5. To the extent required under *Federal Rules of Civil Procedure,* Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to *Federal Rules of Civil Procedure,* Rule 41(a).

6. Each party hereto is to bear its own costs.

7. Claimant is hereby removed from the Service List for the above-captioned case.

DATED: July 25, 2019

                WOLF, RIFKIN, SHAPIRO,
                SCHULMAN & RABKIN, LLP


                By:  /s/ Simon Aron
                      SIMON ARON
                Attorneys for Claimant LONE OAK FUND, LLC

DATED: July 26, 2019

                MCGREGOR W. SCOTT
                United States Attorney


                By:  /s/ Kevin C. Khasigian
                      Kevin C. Khasigian
                Assistant United States Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has read and considered the Stipulation of Withdrawal of Claim (the |
| 3 | "Stipulation") by Lone Oak Fund, LLC, ("Claimant"), and Plaintiff, United States of America |
| 4 | ("Plaintiff"). For the reasons stated in the Stipulation and for good cause shown, |
| 5 | **IT IS HEREBY ORDERED** as follows: |
| 6 | 1. The Stipulation is approved. |
| 7 | 2. Claimant's claim filed in the above-captioned case on May 11, 2018 [Dk. #15] is |
| 8 | hereby deemed withdrawn. |
| 9 | 3. Claimant is hereby deemed dismissed from the above-captioned case. |
| 10 | **IT IS SO ORDERED.** |
| 11 | DATED: July 30, 2019. |

_____
UNITED STATES DISTRICT JUDGE