SETH P. COX (SBN 277239)
WEDGEWOOD
Office of the General Counsel
2015 Manhattan Beach Blvd., Suite 100
Redondo Beach, CA 90278
Telephone: (310) 640-3070
Facsimile: (310) 640-3090

Attorneys for Claimant,
CIVIC FINANCIAL SERVICES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>REAL PROPERTY LOCATED 12497 CLAY STATION ROAD, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0120-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;<br><br>REAL PROPERTY LOCATED 1 THISTLE COURT, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 049-0430-009-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;<br><br>REAL PROPERTY LOCATED 1240 E STREET, RIO LINDA, CALIFORNIA, SACRAMENTO COUNTY, APN: 215-0140-044-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;<br><br>REAL PROPERTY LOCATED 1933 LEFORD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 052-0270-044-0000, INCLUDING ALL APPURTENANCES AND | **CASE NO. 2:18-cv-00809-KJM-CKD**<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF CIVIC FINANCIAL SERVICES, LLC** |

1
**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF CIVIC FINANCIAL SERVICES, LLC**

| | |
|---|---|
| IMPROVEMENTS THERETO; | |
| REAL PROPERTY LOCATED 410 LAMPASAS AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 263-0190-002-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and; | |
| REAL PROPERTY LOCATED 3945 SHINING STAR DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 049-0403-015-0000, INCLUDING ALL APPURIENANCES AND IMPROVEMENTS THERETO; | |
| Defendant(s). | |

**IT IS HEREBY STIPULATED** by and between claimant, CIVIC FINANCIAL SERVICES, LLC, a California limited liability company ("Claimant"), by and through its counsel of record, Seth P. Cox, Esq., of Wedgewood, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 410 LAMPASAS AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 263-0190-002-0000, ("Defendant Lampasas.

2. Defendant Lampasas is the *in rem* defendant.

3. Claimant's lien has since been satisfied and Claimant no longer has a security interest in Defendant Lampasas.

///

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF CIVIC FINANCIAL SERVICES, LLC

4. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on May 24, 2018, [Dk. #19] with respect to Defendant Lampasas.

5. To the extent required under *Federal Rules of Civil Procedure,* Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to *Federal Rules of Civil Procedure,* Rule 41(a).

6. Each party hereto is to bear its own costs.

7. Claimant is hereby removed from the Service List for the above-captioned case.

DATED: December 10, 2019		WEDGEWOOD
					Office of the General Counsel


					By: /s/ *Seth P. Cox*
					    Seth P. Cox, Esq.
					    Attorneys for Claimant,
					    CIVIC FINANCIAL SERVICES, LLC


DATED: December 10, 2019		MCGREGOR W. SCOTT
					United States Attorney


					By: /s/ *Kevin C. Khasigian*
					    Kevin C. Khasigian, Esq.
					    Assistant United States Attorney

# ORDER

The Court has read and considered the Stipulation of Withdrawal of Claim (the "Stipulation") by Civic Financial Services, LLC, ("Claimant"), and Plaintiff, United States of America ("Plaintiff"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.
2. Claimant's claim filed in the above-captioned case on May 24, 2018 [Dk. #19] is hereby deemed withdrawn.
3. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

Dated: January 7, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2015 Manhattan Beach Blvd., Suite 100, Redondo Beach, California 90278

On December 17, 2019, I served the following document(s) described as:
"**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF CIVIC FINANCIAL SERVICES, LLC**"

**On the parties listed on the Court's ECF docket via electronic service; and**

**BY MAIL:** By placing a copy of the above referenced document(s) in a postpaid envelope addressed by mail to the persons hereinafter named, at the places and addresses stated below, and by depositing said envelope and contents in the United States Mail at Redondo Beach, California.

McGregor W. Scott
United States Attorney
Kevin C. Khasigian
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2019, at Redondo Beach, California

        /s/Daniel Marcus
        Daniel Marcus