PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18−CV−00809-KJM−CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED 12497 CLAY STATION ROAD, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0120-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimant Hong Jun Jiang, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 3945 Shining Star Drive, Sacramento, California, Sacramento County, APN: 049-0403-015-0000 ("defendant Shining Star Drive").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Shining Star Drive.  Thus, the stay would no longer be necessary for this property.[1]

Loan Oak Fund, LLC filed a Claim asserting a lienholder interest in defendant Shining Star Drive. Claimant Hong Jun Jiang filed a Claim and Answer to the Complaint regarding defendant Shining Star

---

[1] The case would remain stayed as to the other five *In Rem* Defendants.  This request is limited to defendant Shining Star Drive.

Drive. No other party has filed a claim asserting an interest in defendant Jasper Court.

On July 10, 2019, escrow closed for defendant Shining Star Drive. Loan Oak Fund, LLC was paid in full through escrow. Loan Oak Fund, LLC withdrew their Claim on July 31, 2019.

The United States and claimant Hong Jun Jiang have reached a settlement regarding the net proceeds from the sale of the Shining Star Drive property.

Dated:  9/15/2022        PHILLIP A. TALBERT
                         United States Attorney

                    By:  /s/ Kevin C. Khasigian
                         KEVIN C. KHASIGIAN
                         Assistant U.S. Attorney

Dated:  10-3-2022        /s/ Ernest Chen
                         ERNEST CHEN
                         Attorney for claimant Hong Jun Jiang
                         (Signature retained by attorney)

**ORDER**

For the reasons set forth above, the stay is lifted regarding the real property located at 3945 Shining Star Drive, Sacramento, California, Sacramento County, APN: 049-0403-015-0000.

IT IS SO ORDERED.

DATED:  October 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE