1  VAL-CHRIS INVESTMENTS, INC.
2  2601 Main St., Suite #400
   Irvine, CA 92614

3

4

5                 UNITED STATES DISTRICT COURT

6                 EASTERN DISTRICT OF CALIFORNIA

7

8

9  UNITED STATES OF AMERICA,              2:18-CV-00809-KJM-CKD

10              Plaintiff,

11        v.                              STIPULATION AND WITHDRAWAL
                                          OF VERIFIED CLAIM AND ANSWER
12  REAL PROPERTY LOCATED AT 1240 E       OF LIENHOLDER VAL-CHRIS
    STREET, RIO LINDA, CALIFORNIA, 95673  INVESTMENTS, INC.
    SACRAMENTO COUNTY, APN: 215-0140-044-
13  0000, INCLUDING ALL APPURTENANCES
    AND IMPROVEMENTS THERETO, ET AL.,

14

15              Defendants.

16

17        **IT IS HEREBY STIPULATED** by and between claimant, Val-Chris Investments, Inc.

18  ("Claimant"), and Plaintiff, the United States of America ("Plaintiff"), by and through its

19  undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

20        1.      Claimant asserted a lienholder interest in the defendant property located at 1240

21  E. Street, Rio Linda, California, Sacramento County, APN: 215-0140-044-0000 ("Defendant E

22  Street").

23        2.      The loan has since been satisfied and Claimant no longer has an interest in the

24  Defendant E Street property.

25        3.      Accordingly, Claimant hereby withdraws his claim filed May 25, 2018 [Dk.

26  20] and his answer filed June 22, 2018 [Dk. 34] in the above-captioned case with respect to

27  the Defendant E Street property.

28

1      4.     To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a),

2  Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the

3  *Federal Rules of Civil Procedure*, Rule 41(a).  Defendant E Street property is the *in rem*

4  defendant.

5      5.     Each party hereto is to bear its own costs.

6      6.     Claimant is hereby removed from the Service List for the above-captioned case.

7  Date:   12/23/2019

8

9                      By:    /s/ CHRIS  BOULTER
   CHRIS BOULTER, Claimant

10                                  President of Val-Chris Investments Inc.

11                                  (Signature retained by AUSA Khasigian)

12

13  Date:    12/23/2019               McGREGOR W. SCOTT
   United States Attorney

14

15                      By:    /s/ Kevin C. Khasigian
   KEVIN C. KHASIGIAN

16                                  Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The Court has read and considered the Stipulation of Withdrawal of Claim by Val-Chris Investments, Inc. ("the Stipulation") by Claimant, Chris Boulter, President of Val-Chris Investments, Inc. ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties").  For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1.   The Stipulation is approved.

2.   Claimant's claim filed May 25, 2018 [Dk. 20] in the above-captioned case is hereby deemed withdrawn.

3.   Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED:  December 1, 2022.

_____

CHIEF UNITED STATES DISTRICT JUDGE