PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED 12497 CLAY STATION ROAD, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0120-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18-CV-00809-KJM-CKD<br><br>STIPULATION AND ORDER RE: REQUEST FOR REMOTE APPEARANCE AND BRIEFING SCHEDULE ON CLAIMANT'S MOTION FOR LIMITED LIFT OF STAY TO EXPUNGE NOTICE OF PENDANCY OF ACTION<br><br>Date: September 13, 2024<br>Time: 10:00 a.m.<br>Ctrm: 3 (15th Floor) |

United States of America (USA) and Claimant Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014 (Claimant), through undersigned counsel, respectfully request a remote virtual appearance for the subject hearing and propose a briefing schedule for the motion for limited lift of stay to expunge the lis pendens as follows:

WHEREAS, the USA filed its Complaint for Forfeiture, *in rem*, on April 5, 2018, naming six (6) real properties as defendants, one of which is the subject of the upcoming motion, 1933 Leford Way, Sacramento, California (the Property).

WHEREAS, Claimant contends to be the holder of a first position deed of trust secured by the

1  Property, recorded on August 30, 2017 in the Sacramento County Recorder's Office as Doc. No.
2  201708301525, in the original amount of $153,000.00.
3      WHEREAS, on August 7, 2018, to conserve resources, all parties stipulated to stay this forfeiture
4  proceeding pending resolution of related criminal cases cited by the USA in its Notice of Related Cases
5  (referencing Eastern District of California, Case No.'s 2:16-CR-00189-KJM; 2:17-CR-00136-KJM). [*See*
6  Docket No. 45, and Docket No. 1-3].
7      WHEREAS, pursuant to the stipulation, "the parties reserve the right to seek all avenues of
8  redress to preserve the real properties…" [Docket No. 45, ¶ 6].
9      WHEREAS, due to the passage of time and a default under Claimant's lien secured by the
10 Property, Claimant filed the subject motion seeking limited lift of stay to expunge the Lis Pendens
11 recorded by the USA against the Property on April 13, 2018.
12     WHEREAS, counsel for Claimant is located in Newport Beach, California, and an in-person
13 hearing in Sacramento for the motion would cause significant hardship and expense for Claimant who is
14 not a named defendant but rather claims "innocent owner" status under 18 U.S.C. § 983(d).
15     WHEREAS, the parties agree that the motion is capable of being handled via virtual means and
16 doing so would conserve the Court's and the parties' limited resources.
17     WHEREAS, the below briefing schedule is also requested to allow the parties to accommodate
18 their previously scheduled international travel and out-of-state work commitments, as well as meet-and-
19 confer towards a potential Property sale.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WHEREFORE, based on the foregoing, and for good cause shown, the USA and Claimant hereby stipulate that (1) the hearing on Claimant's motion presently set for September 13, 2024 may be conducted by the parties via remote virtual means, and (2) the USA's response to the motion shall be filed and served no later than August 21, 2024, with Claimant's reply, if any, filed and served no later than September 2, 2024.

Dated: 7/25/2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/26/2024

/s/ Todd E. Chvat
Todd E. Chvat, Esq.
Attorneys for Claimant, Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014
(Authorized by email)

## ORDER

IT IS SO ORDERED.

DATED: July 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE