PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED 12497 CLAY STATION ROAD, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0120-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18-CV-00809-KJM-CKD<br><br>STIPULATION AND ORDER RE: REQUEST FOR REMOTE APPEARANCE AND TO CONTINUE BRIEFING SCHEDULE ON CLAIMANT'S MOTION FOR LIMITED LIFT OF STAY TO EXPUNGE NOTICE OF PENDANCY OF ACTION<br><br>Date: November 8, 2024<br>Time: 10:00 a.m.<br>Ctrm: 3 (15th Floor) |

United States of America (USA) and Claimant Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014 (Claimant), through undersigned counsel, respectfully request a remote virtual appearance for the subject hearing and propose a revised briefing schedule for the motion for limited lift of stay to expunge the lis pendens (Claimant's Motion) as set forth below. The parties originally scheduled the hearing for September 13, 2024, with associated filing dates for response and reply, but are currently engaged in a process that may result in a settlement which would alleviate the need for Claimant's Motion. Accordingly, there is good cause to extend the hearing and briefing dates to allow this process to play out.

1    WHEREAS, the USA filed its Complaint for Forfeiture, *in rem*, on April 5, 2018, naming six (6)
2 real properties as defendants, one of which is the subject of the upcoming motion, 1933 Leford Way,
3 Sacramento, California (the Property).
4    WHEREAS, Claimant contends to be the holder of a first position deed of trust secured by the
5 Property, recorded on August 30, 2017 in the Sacramento County Recorder's Office as Doc. No.
6 201708301525, in the original amount of $153,000.00.
7    WHEREAS, on August 7, 2018, to conserve resources, all parties stipulated to stay this forfeiture
8 proceeding pending resolution of related criminal cases cited by the USA in its Notice of Related Cases
9 (referencing Eastern District of California, Case No.'s 2:16-CR-00189-KJM; 2:17-CR-00136-KJM). [*See*
10 Docket No. 45, and Docket No. 1-3].
11    WHEREAS, pursuant to the stipulation, "the parties reserve the right to seek all avenues of
12 redress to preserve the real properties…" [Docket No. 45, ¶ 6].
13    WHEREAS, due to the passage of time and a default under Claimant's lien secured by the
14 Property, Claimant's Motion was filed seeking limited lift of stay to expunge the Lis Pendens recorded
15 by the USA against the Property on April 13, 2018.
16    WHEREAS, counsel for Claimant is located in Newport Beach, California, and an in-person
17 hearing in Sacramento for the motion would cause significant hardship and expense for Claimant who is
18 not a named defendant but rather claims "innocent owner" status under 18 U.S.C. § 983(d).
19    WHEREAS, the parties agree that Claimant's Motion is capable of being handled via virtual
20 means and doing so would conserve the Court's and the parties' limited resources.
21    WHEREAS, the below continuance and briefing schedule is also requested to allow the parties to
22 fully explore the settlement prospect noted above which could resolve this action as far as the Property is
23 concerned and alleviate the need for Claimant's Motion entirely.
24 ///
25 ///
26 ///
27 ///
28 ///

WHEREFORE, based on the foregoing, and for good cause shown, the USA and Claimant hereby stipulate that (1) the hearing on Claimant's Motion presently set for September 13, 2024 be continued to November 8, 2024 and be conducted via remote virtual means, and (2) the USA's response to the Motion shall be filed and served no later than October 18, 2024, with Claimant's reply, if any, filed and served no later than October 28, 2024.

Dated: 8/16/2024

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/16/2024

/s/ Todd E. Chvat
Todd E. Chvat, Esq.
Attorneys for Claimant, Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014
(Authorized by email)

**ORDER**

IT IS SO ORDERED.

DATED:  August 21, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE