UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | No. 2:18-cv-00809-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Real Property Located at 12497 Clay Station Road, Herald, California, Sacramento County, APN: 152-0120-008-0000, Including all Appurtenances and Improvements Thereto, et al. | |
| Defendants. | |

The court has read and considered the Stipulation of Withdrawal of Claim (Stipulation) by Roger Anderson, Trustee of the RWA Trust Dated March 14, 2014 (claimant), and plaintiff, United States of America ("Plaintiff"), ECF, No 77.  For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant's claim filed in the above-captioned case on June 13, 2018, ECF No. 28, and his Answer filed on June 22, 2018, ECF No. 29, is withdrawn.

3. Claimant is dismissed from the above-captioned case.

/////

1

1        IT IS SO ORDERED.

2    DATED: October 22, 2024.