1  MICHELE BECKWITH
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | 2:18−CV−00809-KJM−CKD

12 |         Plaintiff,

13 |    v.                                | STIPULATION FOR PARTIAL LIFT
                                            OF STAY AND ORDER
14 | REAL PROPERTY LOCATED 12497
     CLAY STATION ROAD, HERALD,
15 | CALIFORNIA, SACRAMENTO COUNTY,
     APN: 152-0120-008-0000, INCLUDING
16 | ALL APPURTENANCES AND
     IMPROVEMENTS THERETO, ET AL.,
17
             Defendants.
18

19

20      The United States and claimant Xiao Qin Gao, through their respective counsel, hereby stipulate

21 and request the Court to lift the stay for the limited purpose of filing settlement documents for the real

22 property located at 1933 Leford Way, Sacramento, California, Sacramento County, APN: 052-0270-044-

23 0000 ("defendant Leford Way").  The parties anticipate that, if granted, the settlement documents would

24 close the case against defendant Leford Way.  Thus, the stay would no longer be necessary for this

25 property.[1]

26      Claimant Xiao Qin Gao filed a Claim and Answer to the Complaint regarding defendant Leford

27 Way.  Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014, filed a Claim asserting a

28

---

[1] The case would remain stayed as to the other three *In Rem* Defendants.  This request is limited to defendant Leford Way.

1

Stipulation for Partial Lift of Stay and Order

lienholder interest in defendant Leford Way and an Answer to the Complaint. No other party has filed a claim asserting an interest in defendant Leford Way.

On July 10, 2019, escrow closed for defendant Leford Way. Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014, was paid in full through escrow. Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014, withdrew their Claim and Answer on October 23, 2024.

The United States and claimant Xiao Qin Gao have reached a settlement regarding the net proceeds from the refinance of the Leford Way property.

Dated:  3/31/2025               MICHELE BECKWITH
                                Acting United States Attorney

                          By:   /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney


Dated:  4/11/25                 /s/ J. Patrick McCarthy
                                J. PATRICK McCARTHY
                                Attorney for claimant Xiao Qin Gao
                                (Signature retained by attorney)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 1933 Leford Way, Sacramento, California, Sacramento County, APN: 052-0270-044-0000.

IT IS SO ORDERED.

DATED: April 16, 2025.

UNITED STATES DISTRICT JUDGE