MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED 12497 CLAY STATION ROAD, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0120-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18-CV-00809-KJM-CKD<br><br>PARTIAL FINAL JUDGMENT OF FORFEITURE RE REAL PROPERTY LOCATED AT 1933 LEFORD WAY, SACRAMENTO, CA |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against six real properties, one of which is the real property located at 1933 Leford Way, Sacramento, California, Sacramento County, APN: 052-0270-044-0000 ("defendant property").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 5, 2018, alleging that said defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

3. On May 24, 2018, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

4. Beginning on April 20, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on May 21, 2018.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to this defendant property:

    a. Xiao Qin Gao, and
    b. RWA Trust, c/o Roger Anderson, Trustee.

6. Claimant Xiao Qin Gao filed a Verified Claim on May 21, 2018, and an Answer to the Complaint on June 27, 2018. Claimant Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014, filed a Verified Claim on June 13, 2018, claiming a lien holder interest in the defendant property and an Answer to the Complaint on June 22, 2018. No other parties have filed claims or answers regarding this defendant property, and the time in which any person or entity may file a claim and answer has expired.

7. On or about September 26, 2024, escrow closed for the defendant property at 1933 Leford Way, Sacramento, California, Sacramento County, APN: 052-0270-044-0000, and the United States received a wire transfer in the amount of $75,000.00, which will be substituted in lieu of the real property. Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014, was paid in full through escrow. Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014, withdrew their Claim and Answer on October 23, 2024.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimants Xiao Qin Gao, Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014, and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, Approximately $75,000.00 in net proceeds from the refinance of defendant real property located at 1933 Leford Way, Sacramento, California, Sacramento County, APN: 052-0270-044-0000, together with any interest that may have

accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3. The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as those now known or disclosed. Claimant waived the provisions of California Civil Code § 1542.

4. Claimant waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real property.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 21st day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE